IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                    CRIMINAL NO. 1:08cr45WJG-JMR-2

PAUL E. RICHARDSON

O R D E R

THIS CAUSE is before the Court on Defendant Paul E. Richardson's motion [56] for discharge from probation, and the Court having reviewed the motion, together with the record in this action, and being fully advised in the premises, finds as follows:

Defendant has been on probation since November 5, 2008, has completed community service, has paid his fine, and has met all other conditions of his probation during this period. As neither the United States Probation Office nor the United States Attorneys Office has any objection to Defendant's early release from probation, and it being the opinion of this Court that his discharge from probation prior to the expiration of the maximum period of probation would be compatible with the welfare of society, the Court finds that the judgement of conviction entered on November 5, 2008, should be set aside pursuant to Section 5021 (b), Title 18, United States Code. It is hereby,

ORDERED AND ADJUDGED that Defendant's motion [56] for discharge from probation be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that Defendant Paul E. Richardson be, and is hereby, unconditionally discharged from probation.

SO ORDERED this the 25th day of April, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE